565 A.2d 158

**Karen LAUB, Appellant,**

v.

**Stanley ZASLAVSKY.**

Supreme Court of Pennsylvania.

Argued Oct. 24, 1989.

Decided Nov. 1, 1989.

Joel E. Oshtry, Norman A. Oshtry, Philadelphia, for appellant.

John A. Kane, Chief Counsel, Mary B. Seiverling, Asst. Counsel, Harrisburg, for amicus curiae, Comm., Dept. of Public Welfare, Bureau of Child Support Enforcement.

Dennis P. Talty, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Order affirmed.

LARSEN and McDERMOTT, JJ., dissent.